UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHULTE, THEODORE EARL | § | Case No. 9-10-bk-23658-FMD |
| SCHULTE, PATRICIA ELLEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/DIANE L. JENSEN_____
                                           Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-23658   FMD   Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | SCHULTE, THEODORE EARL | Date Filed (f) or Converted (c): | 09/30/10 (f) |
| | SCHULTE, PATRICIA ELLEN | 341(a) Meeting Date: | 11/10/10 |
| For Period Ending: | 11/29/12 | Claims Bar Date: | 02/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16832 Colony Lakes Blvd., Ft. Myers | 209,351.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNT(s) | 100.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT(s) | 331.52 | 0.00 | | 0.00 | FA |
| 4. FURNITURE; HH GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, PICTURES, AND OTHER ART | 250.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2006 Ford Expedition | 19,375.00 | 0.00 | | 0.00 | FA |
| 8. 1995 Nissan 200 SX | 1,250.00 | 0.00 | | 0.00 | FA |
| 9. 2002 Pontiac Grand Am | 2,540.00 | 0.00 | | 0.00 | FA |
| 10. JEWELRY (Amended) (u) | 500.00 | 0.00 | | 0.00 | FA |
| 11. TAX REFUNDS (u) | Unknown | 1,150.17 | | 2,874.00 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.17 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $236,297.52 | $1,150.17 | | $2,874.17 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Will file Final Report as soon as possible. April 05, 2011 (SH)

1/20/11: Need part of tax refund, if any. 1/10/11: Do stip to surrender part of 2010 TR.  12/30/10: Dictated L with Kelley appraisal.  O/E and Joy L.

Initial Projected Date of Final Report (TFR): 03/20/12     Current Projected Date of Final Report (TFR): 09/20/12

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-23658 -FMD | | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|
| Case Name: | SCHULTE, THEODORE EARL | | Bank Name: | Bank of Kansas City |
| | SCHULTE, PATRICIA ELLEN | | Account Number / CD #: | *******5468  Checking Account |
| Taxpayer ID No: | *******3593 | | | |
| For Period Ending: | 11/29/12 | | Blanket Bond (per case limit): | $ 750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 969.10 | | 969.10 |
| 08/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.11 | 967.99 |
| 09/17/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.11 | 966.88 |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.07 | 965.81 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 969.10 | 3.29 | 965.81 |
| Less:  Bank Transfers/CD's | | 969.10 | 0.00 | |
| Subtotal | | 0.00 | 3.29 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 3.29 | |

Page Subtotals         969.10         3.29

p

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-23658 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | SCHULTE, THEODORE EARL | Bank Name: | Bank of America |
| | SCHULTE, PATRICIA ELLEN | Account Number / CD #: | *******3206 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3593 | | |
| For Period Ending: | 11/29/12 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/11 | 11 | US TREASURY #2221-96933566 | REPURCHASE | 1224-000 | 2,874.00 | | 2,874.00 |
| 02/28/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,874.01 |
| 03/16/11 | 000101 | READ & KELLEY ESTATE SERVICES | APPRAISAL FEE | 3711-000 | | 171.00 | 2,703.01 |
| | | ATTN:  JOY AUGUSTINE | per order 1/19/11 | | | | |
| | | P. O. Box 3111 | invoice 7353 | | | | |
| | | North Fort Myers, FL 33918 | | | | | |
| 03/31/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,703.03 |
| 04/05/11 | 000102 | THEODORE EARL SCHULTE and | exempt portion of tax refund | 8500-002 | | 1,723.83 | 979.20 |
| | | PATRICIA ELLEN SCHULTE | per | | | | |
| | | 16832 COLONY LAKES BLVD | | | | | |
| | | FT MYERS, FL  33908 | | | | | |
| 04/29/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 979.21 |
| 05/31/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 979.22 |
| 06/30/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 979.23 |
| 07/29/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 979.24 |
| 08/31/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 979.25 |
| 09/30/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 979.26 |
| 10/31/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 979.27 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.25 | 978.02 |
| 11/30/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 978.03 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.21 | 976.82 |
| 12/30/11 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 976.83 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.20 | 975.63 |
| 01/31/12 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 975.64 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.28 | 974.36 |
| 02/29/12 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 974.37 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.16 | 973.21 |
| 03/30/12 | 12 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.01 | | 973.22 |

Page Subtotals                                       2,874.15           1,900.93

p

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-23658 -FMD | Trustee Name: | DIANE L. JENSEN |
| --- | --- | --- | --- |
| Case Name: | SCHULTE, THEODORE EARL | Bank Name: | Bank of America |
| | SCHULTE, PATRICIA ELLEN | Account Number / CD #: | *******3206  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3593 | | |
| For Period Ending: | 11/29/12 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.20 | 972.02 |
| 04/30/12 | 12 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 972.03 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.23 | 970.80 |
| 05/31/12 | 12 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 970.81 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 1.23 | 969.58 |
| 06/13/12 | | Bank of America<br>901 Main Street<br>10th Floor<br>Dallas, TX  75283 | BANK FEES | 2600-000 | | 0.48 | 969.10 |
| 06/13/12 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 969.10 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 2,874.17 | 2,874.17 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 969.10 | |
| Subtotal | 2,874.17 | 1,905.07 | |
| Less:  Payments to Debtors | | 1,723.83 | |
| Net | 2,874.17 | 181.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********5468 | 0.00 | 3.29 | 965.81 |
| Money Market Account (Interest Earn - ********3206 | 2,874.17 | 181.24 | 0.00 |
| | 2,874.17 | 184.53 | 965.81 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.02        973.24

| | | EXHIBIT A | | |
|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | Date: November 29, 2012 |

Case Number: 10-23658  
Debtor Name: SCHULTE, THEODORE EARL  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1-1 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,247.98 | $0.00 | $9,247.98 |
| 2-1 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $6,296.01 | $0.00 | $6,296.01 |
| 3-1 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,459.23 | $0.00 | $2,459.23 |
| 4-1 070 7100-00 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $13,768.84 | $0.00 | $13,768.84 |
| 5-1 070 7100-00 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>PO Box 36655<br>Dallas Texas 75235 | Unsecured | No docs | $0.00 | $0.00 | $0.00 |
| 6-1 070 7100-00 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $2,217.00 | $0.00 | $2,217.00 |
| | Subtotal For Claim Type 7100-00 General Unsecured 726(a)(2) | | | $33,989.06 | $0.00 | $33,989.06 |
| | Case Totals: | | | $33,989.06 | $0.00 | $33,989.06 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9-10-bk-23658-FMD
Case Name: SCHULTE, THEODORE EARL
         SCHULTE, PATRICIA ELLEN
Trustee Name: DIANE L. JENSEN

Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE L. JENSEN | $ | $ | $ |
| Trustee Expenses: DIANE L. JENSEN | $ | $ | $ |
| Attorney for Trustee Fees: DIANE L. JENSEN | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____
Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | Discover Bank | $ | $ | $ |
| 2-1 | Chase Bank USA, N.A. | $ | $ | $ |
| 3-1 | Chase Bank USA, N.A. | $ | $ | $ |
| 4-1 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 6-1 | HSBC Bank Nevada, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE